UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KRISTOPHER G. FRENCH<br>CDCR No. K-96643,<br><br>                           Plaintiff,<br>v.<br><br>C. XIONG,<br><br>                          Defendant. | Case No.: 23-CV-1294 JLS (JLB)<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER** |
|---|---|

**I.    Introduction**

On July 5, 2023, Kristopher French ("Plaintiff"), who is proceeding pro se and currently housed at the Richard J. Donovan Correctional Facility, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 in this Court. *See* ECF No. 1. Plaintiff did not prepay the civil filing fee required by 28 U.S.C. § 1914(a); instead, he filed a Motion to Proceed *In Forma Pauperis* ("Motion") pursuant to 28 U.S.C. § 1915(a). *See* ECF No. 2.

On July 19, 2023, the Court granted Plaintiff's Motion and dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A(b)(1). *See* ECF No. 5. The Court's Order allowed Plaintiff forty-five (45) days from July 19, 2023, to file an amended complaint. *Id.* at 8. The Court informed Plaintiff that if he failed to file within the time provided, the Court would dismiss the civil action based both on Plaintiff's failure to state a claim and his failure to prosecute in compliance with a court order requiring amendment. *Id.*

## II. Discussion

Plaintiff's forty-five-day filing period expired on September 2, 2023. *See id.* To date, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so. *See generally* Docket. "The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## III. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1) and his failure to prosecute as required by Court's July 19, 2023 Order.

The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: September 19, 2019

Hon. Janis L. Sammartino
United States District Judge